**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ALL CELL TECHNOLOGIES, LLC and ILLINOIS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>v.<br><br>WORKHORSE MOTOR WORKS INC. and WORKHORSE GROUP INC.<br><br>Defendants. | Civil Action No. 1:19-cv-02975-RLY-DML<br><br>District Judge Richard L. Young<br>Magistrate Judge Debra McVicker Lynch |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, All Cell Technologies, LLC and Illinois Institute of Technology (collectively, "Plaintiffs"), and Defendants, WorkHorse Motor Works Inc. and WorkHorse Group Inc. (collectively, "Defendants"), having entered into a mutually agreeable resolution of all claims and counterclaims asserted in the above-referenced action, hereby stipulate to the dismissal of this case with prejudice, including all claims, counterclaims, and defenses alleged in this matter. Each party agrees to bear its own costs and attorney fees.

Respectfully submitted,

Dated: August 3, 2020

*/s/ Matthew G. McAndrews*
Matthew G. McAndrews
Kyle D. Wallenberg
NIRO McANDREWS, LLP
155 N. Wacker Drive, Suite 4250
Chicago, Illinois 60606
(312) 755-8575
Fax: (312) 674-7481
mmcandrews@niro-mcandrews.com
kwallenberg@niro-mcandrews.com

*Attorneys for Plaintiffs,*
ALL CELL TECHNOLOGIES, LLC and
ILLINOIS INSTITUTE OF TECHNOLOGY

Dated: August 3, 2020

*/s/ Richard Eric Gaum (with permission)*
Jonathan G. Polak
TAFT STETTINIUS & HOLLISTER LLP
(Indianapolis)
One Indiana Square Suite 3500
Indianapolis , IN 46204
USA
(317) 713-3532
Fax: (317) 713-3699
Email:Jpolak@taftlaw.Com

Patrick John Palascak (admitted pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati , OH 45202
USA
513-381-2838
Fax: 513-381-0205
Email:Ppalascak@taftlaw.Com

Richard Eric Gaum (admitted pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland , OH 44114-2302
USA
216-241-2838
Fax: 216-241-3707
Email:Egaum@taftlaw.Com

Ryan O. White (admitted pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
(Indianapolis)
One Indiana Square Suite 3500
Indianapolis , IN 46204
USA
317-713-3500
Fax: 317-713-3699
Email:Rwhite@taftlaw.Com

Jaimin Hemendra Shah (admitted pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP

111 East Wacker Drive, Suite 2800
Chicago , IL 60601
USA
312-527-4000
Fax: 312-527-4011
Email:Jshah@taftlaw.Com

*Attorneys for Defendants,*
WORKHORSE MOTOR WORKS INC. and
WORKHORSE GROUP INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 3, 2020, the foregoing

**STIPULATION OF DISMISSAL WITH PREJUDICE**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Matthew G. McAndrews*
*Attorney for Plaintiffs,*
NIRO McANDREWS, LLP